IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SILAS MARTIN, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>PATRICE JONES (Warden), )<br>and DR. SIDDIQ (Doctor), )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:20cv103-MHT<br>(WO) |

## ORDER

Upon consideration of plaintiff's motion to dismiss (doc. no. 4), which the court construes as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that:

(1) This lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

(2) All pending motions are denied as moot.

This case is closed.

DONE, this the 13th day of March, 2020.

                              /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE